# IN THE SUPREME COURT OF THE STATE OF NEVADA

GASTON JOSEPH DANJOU,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71263

**FILED**

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying appellant's postconviction petition for a writ of habeas corpus.[1]  Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant's petition alleged that the Nevada Revised Statutes are unconstitutional.  The district court denied his petition because it was not in substantial compliance with the provisions set forth in NRS 34.735.  We have reviewed the documents on file with this court and conclude that the district court did not abuse its discretion.  *See* NRS 34.724(2)(a); NRS 34.735.  Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]We conclude that a response to the pro se brief is not necessary. NRAP 46A(c).  This appeal therefore has been submitted for decision based on the pro se brief and the record.  *See* NRAP 34(f)(3).

cc: Hon. Michael Villani, District Judge
Gaston Joseph Danjou
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk